UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **APOTEX, INC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-605 (ESH) |
| | ) | |
| **FOOD AND DRUG ADMINISTRATION,** *et al.*, | ) ) ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **PUREPAC PHARMACEUTICAL CO.**, | ) | |
| | ) | |
| Intervenor-Defendant. | ) ) | |

## ORDER

For the reasons stated on this date in open Court, it is hereby

**ORDERED** that defendant FDA's Motion to Dismiss [20] and intervenor-defendant Purepac's Motion for Summary Judgment [22] are **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's Motion for Preliminary Injunction and Stay [3] is **DENIED**; and it is

**FURTHER ORDERED** that final judgment is entered on behalf of defendants, and this case is **DISMISSED** with prejudice.

**This is a final appealable Order**.

**IT IS SO ORDERED.**

                                                    /s/
                                     ELLEN SEGAL HUVELLE
                                     United States District Judge

Dated: June 3, 2004