# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 04-5211**  **September Term, 2004**

APOTEX, INC.,
         APPELLANT

v.

FOOD & DRUG ADMINISTRATION, ET AL.,
         APPELLEES

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   DEC 21 2004

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 04cv00605)

Before: EDWARDS, SENTELLE and RANDOLPH, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed in part and vacated in part, in accordance with the opinion of the court filed herein this date.

*Per Curiam*

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 2/15/05
BY: [signature], Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: [signature]

Michael C. McGrail
Deputy Clerk

Date: December 21, 2004

Opinion for the court filed by Circuit Judge Edwards.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk